

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-17-00343-CV

| | | |
|---|---|---|
| City of Granbury | § | From the 355th District Court |
| | § | of Hood County (C2017090) |
| v. | | |
| | § | March 15, 2018 |
| Christine Willsey | § | Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed in part. We affirm the trial court's denial of the portion of the City's plea to the jurisdiction asserting a lack of jurisdictional facts to establish that Willsey was not replaced by someone outside the protected age and gender classes. We reverse the trial court's denial of the City's plea to the jurisdiction challenging the sufficiency of Willsey's pleadings to allege every element of a claim under the Texas Commission on Human Rights Act for age discrimination, gender discrimination, and retaliation, and we remand this case to the trial court to provide Willsey with the opportunity to replead these claims and for further proceedings consistent with this opinion.

It is further ordered that all parties shall bear their own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Sue Walker_____
        Justice Sue Walker